RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/22/06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION NO. 96-60016** |
| **VERSUS** | **JUDGE RICHARD T. HAIK** |
| **PETER PELTIER** | **MAGISTRATE JUDGE METHVIN** |

## ORDER

Defendant Peter Peltier filed a Petition for Writ of Habeus Corpus and/or Motion for Transfer of Custody (Document # 93) and a Motion for Pre-Sentence Investigation Report (Document # 94). After a thorough review of the record, it is concluded that it is not within the discretion of the Court to transfer the defendant to federal custody from state custody. Further, as defendant's previous § 28 U.S.C. 2255 Motion has was denied and dismissed with prejudice on August 8, 2000, this Court fails to see the utility of providing defendant with a pre-sentence investigation report, as a new § 28 U.S.C. 2255 Motion will be similarly denied. As such, the motions filed by defendant Peter Peltier are DENIED.

THUS DONE AND SIGNED on this the 22nd day of August, 2006, in Lafayette, Louisiana.

Chief Judge Richard T. Haik, Sr.
United States District Court
Western District of Louisiana