RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/3/07
6λ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 96CR60016-001 |
| VERSUS | JUDGE RICHARD T. HAIK |
| PETER PELTIER | MAGISTRATE JUDGE METHVIN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Before the Court is a Motion for Credit For Time Spent in Official Custody/Detention, filed by Defendant, Peter Peltier. [Doc. # 97]. The relief requested in this Motion is automatic, and needs not be requested by Motion; therefore, Mr. Peltier may already have received the relief he requests, making this Motion and Order redundant. However, to the extent Mr. Peltier has not been given the relief described below, the Court orders as follows:

Mr. Peltier is currently in the custody of the Federal Bureau of Prisons, serving a 262 month sentence imposed in the above-captioned matter, in the Western District of Louisiana on May 22, 1997. The sentence was imposed following a conviction under 21 U.S.C. section 841(a)(1), Possession with Intent to Distribute Cocaine.

Shortly after commencing this federal sentence, Mr. Peltier was sentenced

by a Louisiana court, on charges arising out of the same conduct forming the basis of his federal charges. He was sentenced by the State of Louisiana to a term of imprisonment running concurrent with his federal sentence. Mr. Peltier then, in the custody of the State, carried out the state-imposed sentence.

Time served by Mr. Peltier on the State sentence, which arises out of the same conduct for which Mr. Peltier was sentenced in the above-matter, must be credited to Mr. Peltier's federal sentence. The Government has no opposition to the granting of this Motion. For these reasons, the Court hereby GRANTS the Motion.

As to the 262-month sentence imposed on May 22, 1997 in the above-captioned matter, the Court ORDERS the Federal Bureau of Prisons to give credit for time spent in the custody of the State of Louisiana, served for the same offense for which he was sentenced before this Court.

THUS DONE AND SIGNED on the 2nd day of July, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

COPY SENT
DATE 7/3/07
BY ___
TO USP